# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMS FUND, LLC,<br><br>                    Plaintiff,<br>     v.<br><br>SECOND PHASE, INC., SECOND PHASE CONSULTING, INC., VENKATA J. ATLURI, SRI BHAVANI BORRA, AND UJWAL VELAGAPUDI,<br><br>                    Defendants. | Case No. 1:20-cv-04463-JMF<br><br>**ORDER ON STIPULATION TO REMAND REMOVED ACTION** |

On July 17, 2020, Plaintiff, IMS Fund, LLC ("Plaintiff") and Defendants, Second Phase Consulting, Inc., Venkata J. Atluri, Sri Bhavani Borra, and Ujwal Velagapudi ("Removing Defendants") filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, it is hereby ORDERED:

1. The Stipulation to Remand Removed Action is approved;

2. The motion to dismiss is denied without prejudice to renewal, and the Clerk of Court is directed to terminate ECF Nos. 14 & 16; and

3. The above-captioned action entitled *IMS Fund, LLC v. Second Phase, Inc., et al.*, and bearing Civil Action Number 1:20-cv-04463-JMF is hereby REMANDED to the Supreme Court of the State of New York, County of New York.

SO ORDERED.

Dated: July 17, 2020
    New York, New York

                                              JESSE M. FURMAN
                                          United States District Judge